UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| MS GRAND, INC., ) | Case No.: 11-10200-RGM |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| ) | |
| RAYMOND A. YANCEY, ) | |
| Chapter 7 Trustee for MS Grand, Inc. ) | |
| and its bankruptcy estate, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Adv.Pro.No.: 12-01475-RGM |
| ) | |
| HOME DEPOT U.S.A., INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT HOME DEPOT U.S.A., INC.'S WAIVER OF JURY TRIAL AND NOTICE OF CONSENT TO ENTRY OF FINAL ORDERS BY THE BANKRUPTCY JUDGE**

Defendant, Home Depot U.S.A., Inc. ("Home Depot"), by counsel, for its Waiver of Jury Trial and Notice of Consent to Entry of Final Orders by the Bankruptcy Judge states as follows:

---

R. Webb Moore (VSB No. 27268)
Robert S. Westermann (VSB No. 43294)
Sheila deLa Cruz (VSB No. 65395)
Franklin R. Cragle, III (VSB No. 78398)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:     804.771.9500
Facsimile:     804.644.0957
E-mail:          wmoore@hf-law.com
                     rwestermann@hf-law.com
                     sdelacruz@hf-law.com
                     fcragle@hf-law.com

*Counsel for Home Depot U.S.A., Inc.*

## BACKGROUND FACTS

On or about October 18, 2012, the instant adversary proceeding was filed against Home Depot in this Court. Thereafter, a Pre-Trial Conference was scheduled in the instant litigation on July 9, 2013. Home Depot participated in the Pre-Trial Conference <u>via</u> teleconference. At the Pre-Trial Conference, the parties mutually agreed to continue the Pre-Trial Conference to September 17, 2013. Thereafter, Home Depot was disconnected from the telephonic proceedings. Approximately one-week ago, it came to Home Depot's attention that, after being disconnected from the call, the Court requested jury trial demands and notices of consent to entry of final orders of the Bankruptcy Judge be filed herein on or before July 23, 2013.

## WAIVER OF JURY TRIAL

Home Depot, by counsel, hereby waives its right to a jury trial in the instant proceeding, and, expressly agrees to permit the instant litigation be adjudicated by the Bankruptcy Judge.

## NOTICE OF CONSENT TO ENTRY OF FINAL ORDERS BY THE BANKRUPTCY JUDGE

Home Depot, by counsel, states that it expressly consents to the entry of Final Orders by the Bankruptcy Judge in the instant litigation.

Dated: July 23, 2013                                    HOME DEPOT U.S.A., INC.


                                                        By:  /s/ Franklin R. Cragle, III
                                                                    Counsel

R. Webb Moore (VSB No. 27268)
Robert S. Westermann (VSB No. 43294)
Sheila deLa Cruz (VSB No. 65395)
Franklin R. Cragle, III (VSB No. 78398)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:     804.771.9500
Facsimile:      804.644.0957
E-mail:           wmoore@hf-law.com
                       rwestermann@hf-law.com
                       sdelacruz@hf-law.com
                       fcragle@hf-law.com

*Counsel for Home Depot U.S.A., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July, 2013, I will electronically file the foregoing Waiver of Jury Trial and Notice of Consent to Entry of Final Orders by the Bankruptcy Judge with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Bradford F. Englander, Esq.
> Christopher A. Jones, Esq.
> Whiteford Taylor & Preston, LLP
> 3190 Fairview Park Drive, Suite 300
> Falls Church, Virginia 22042

   /s/ Franklin R. Cragle, III
Franklin R. Cragle, III (VSB No. 78398)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:     804.771.9500
Facsimile:      804.644.0957
E-mail:           fcragle@hf-law.com